Exhibit 2

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,617,698**

## United States Patent and Trademark Office  Registered Oct. 16, 1990

### TRADEMARK
### PRINCIPAL REGISTER



**MAJOR LEAGUE BASEBALL**

MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION) 350 PARK AVENUE NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, DIAPERS, DRESSES, SKIRTS, JOGGING SUITS, SOCKS, UNDERWEAR, JACKETS, SWEATERS, VESTS, PANTS, PONCHOS, VISORS, RAINCOATS, CAPS, BIBS, INFANTWEAR, NAMELY BABY SHORTS SETS, ROMPER SETS, STRETCH TERRY SUITS, BABY PANTS, DIAPER SETS, SUNSUITS, COVERALLS AND ONE-PIECE SNOW SUITS, OUTERWEAR NAMELY UNIFORMS AND PULL-OVERS, TIES, MEN'S AND WOMEN'S FORMALWEAR, NIGHTWEAR NAMELY NIGHTSHIRTS, PAJAMAS, ROBES AND LOUNGEWEAR, SWEATSHIRTS, MITTENS, GLOVES, KNITTED HEADWEAR, SCARVES, HOSIERY, WRISTBANDS, ROBES, APRONS AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,055,312, 1,057,260 AND OTHERS.

SER. NO. 73-819,100, FILED 8-14-1989.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,620,020
Registered Oct. 30, 1990

## TRADEMARK
## PRINCIPAL REGISTER

## MAJOR LEAGUE BASEBALL

MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION)
350 PARK AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, SHIRTS, SHORTS, DIAPERS, DRESSES, SKIRTS, JOGGING SUITS, SOCKS, UNDERWEAR, JACKETS, SWEATERS, VESTS, PANTS, PONCHOS, VISORS, RAINCOATS, CAPS, BIBS, INFANTWEAR, NAMELY BABY SHORTS SETS, ROMPER SETS, STRETCH TERRY SUITS, BABY PANTS, DIAPER SETS, SUNSUITS, COVERALLS AND ONE-PIECE SNOWSUITS, OUTERWEAR, NAMELY UNIFORMS AND PULLOVERS, TIES, MEN'S AND WOMEN'S FORMALWEAR, NIGHTWEAR, NAMELY NIGHTSHIRTS, PAJAMAS, ROBES AND LOUNGEWEAR, SWEATSHIRTS, MITTENS, GLOVES, KNITTED HEADWEAR, SCARVES, HOSIERY, WRISTBANDS, HEADBANDS, ROBES, APRONS AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,055,312, 1,057,260 AND OTHERS.

SER. NO. 73-819,098, FILED 8-14-1989.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,573,503**

## United States Patent and Trademark Office

Registered May 28, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION)
245 PARK AVENUE
NEW YORK, NY 10167

FOR: CLOTHING, NAMELY, CAPS, HATS, VI-SORS, KNITTED HEADWEAR, HEADBANDS, BAN-DANNAS, SHIRTS, T-SHIRTS, TANK TOPS, SWEATERS, TURTLENECKS, PULLOVERS, VESTS, SHORTS, BASEBALL UNIFORMS, JERSEYS, WARM-UP SUITS, SWEATSHIRTS, SWEATPANTS, UNDERWEAR, BOXER SHORTS, ROBES, SLEEP-WEAR, JACKETS, PONCHOS, CLOTH BIBS, IN-FANTWEAR, INFANT DIAPER COVERS, CLOTH DIAPER SETS WITH UNDERSHIRT AND DIAPER COVER, JUMPERS, ROMPERS, COVERALLS, CREEPERS, BABY BOOTIES, TIES, BELTS, MONEY BELTS, MITTENS, GLOVES, WRISTBANDS, SCARVES, FOOTWEAR, SOCKS, SLIPPERS, APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1969; IN COMMERCE 4-0-1969.

OWNER OF U.S. REG. NOS. 955,967, 2,068,319 AND OTHERS.

SER. NO. 76-280,270, FILED 7-3-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,779,958**

## United States Patent and Trademark Office

Registered Nov. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## MLB

MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION)
245 PARK AVENUE
NEW YORK, NY 10167

FOR: CLOTHING, NAMELY, CAPS, HATS, VISORS, KNITTED HEADWEAR, HEADBANDS, SHIRTS, T-SHIRTS, TANK TOPS, SWEATERS, TURTLENECKS, PULLOVERS, VESTS, SHORTS, PANTS, DRESSES, SKIRTS, OVERALLS, BODYSUITS, BASEBALL UNIFORMS, JERSEYS, WARM-UP SUITS, SWEATSHIRTS, SWEATPANTS, UNDERWEAR, BOXER SHORTS, SLEEPWEAR, CLOTHING WRAPS, JACKETS, CLOTH BIBS, INFANTWEAR, INFANT DIAPER COVERS, CLOTH DIAPER SETS WITH UNDERSHIRT AND DIAPER COVER, JUMPERS, ROMPERS, COVERALLS, CREEPERS, BABY BOOTIES, TIES, GLOVES, WRISTBANDS, SCARVES, SOCKS, HOSIERY, SLIDING GIRDLES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

SN 76-121,915, FILED 9-5-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,569,970**

## United States Patent and Trademark Office

Registered May 14, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MAJOR LEAGUE BASEBALL PROPERTIES, INC. (NEW YORK CORPORATION)
245 PARK AVENUE
NEW YORK, NJ 10167

FOR: JEWELRY, NAMELY, BRACELETS, CHARMS, EARRINGS, RINGS, NECKLACES, PENDANTS, WATCHES, COSTUME JEWELRY, MEDALLIONS, LAPEL PINS, TIE CLIPS, TIE FASTENERS, CUFF LINKS, BELT BUCKLES OF PRECIOUS METAL, MONEY CLIPS OF PRECIOUS METAL,

CLOCKS, NON-MONETARY COINS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-1-1972; IN COMMERCE 7-1-1972.

OWNER OF U.S. REG. NOS. 955,967, 2,068,319 AND OTHERS.

SER. NO. 76-279,722, FILED 7-3-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY