IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NHL ENTERPRISES, L.P., IMG COLLEGE LICENSING, LLC, and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA ON BEHALF OF THE UNIVERSITY OF NEBRASKA-LINCOLN,<br><br>               Plaintiffs,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 18-cv-04558 |

**Schedule A – Sealed Document Pursuant to LR26.2**

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 2nd day of July 2018.	Respectfully submitted,

/s/ Justin R. Gaudio_____
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law
amartin@gbc.law

*Attorneys for Plaintiffs*
*NBA Properties, Inc., MLB Advanced Media, L.P., Major League Baseball Properties, Inc., NHL Enterprises, L.P., IMG College Licensing, LLC, LLC, and Board of Regents of the University of Nebraska on behalf of the University of Nebraska – Lincoln*